IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SAMUEL L. SNEED, | * |
| Plaintiff, | * |
| v. | Case No. : 1:23-CV-117 (LAG) |
| | * |
| THE CITY OF ALBANY, a Municipal Corporation, | * |
| | * |
| Defendant. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 31st day of March, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk